# Court of Appeals
# of the State of Georgia

ATLANTA,___December 10, 2014___

*The Court of Appeals hereby passes the following order:*

**A15A0622.  RANDY SHIELDS v. THE STATE.**

Randy Shields was convicted of rape, aggravated sodomy, aggravated assault, and false imprisonment.  This Court affirmed his convictions.  See *Shields v. State*, 264 Ga. App. 232 (590 SE2d 217) (2003).  In May of 2013, Shields filed a "Motion for New Trial Void Indictment," which the trial court properly construed as an extraordinary motion for new trial.  The trial court denied the motion, and Shields filed this direct appeal.  We lack jurisdiction.

An order denying an extraordinary motion for new trial may only be appealed by discretionary application.  See OCGA § 5-6-35 (a) (7). Because Shields is not entitled to a direct appeal from the order he challenges, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,*___12/10/2014___
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*